# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS | CASE NO.  3:24-MJ-587 - PBS |

### MOTION TO UNSEAL WITH REDACTIONS

The United States of America, by and through undersigned counsel, respectfully requests that the above captioned case be unsealed, as described below.

The undersigned counsel has reviewed the materials filed in this matter consistent with Southern District of Ohio General Order 23-03 (dated August 28, 2023) and submits that the unsealing of certain documents in this case will not disclose the identities of minors, victims, or cooperating individuals.  However, the United States asserts that Document 1 (application) and Document 2 (warrant) contain names and addresses of uncharged persons.  Therefore, the United States respectfully requests that the original Document 1 and 2 be permanently sealed.

The United States also hereby submits versions of these same documents, attached hereto as Exhibits A & B, which have been redacted to protect the identification of uncharged persons, and that can be filed on the unsealed, public docket for this matter.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Elizabeth L. McCormick
ELIZABETH L. MCCORMICK
Assistant United States Attorney
200 W. Second Street, Suite 600
Dayton, Ohio 45202
Office: (937) 2225-2910
E-mail:  Elizabeth.mccormick@usdoj.gov