AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A brown cardboard box with UPS tracking number<br>███████████████, addressed to ████████<br>currently located at the DEA Dayton Resident Office | ) ) ) ) ) ) )  Case No. 3:24-mj-00587 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Distribute/Possess with Intent to Distribute a Controlled Substance |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Cameron D. Basile, SA DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephone___ *(specify reliable electronic means).*

Date: 09/21/24

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BROWN CARDBOARD BOX WITH UPS TRACKING NUMBER ▮▮▮ ADDRESSED TO ▮▮ CURRENTLY LOCATED AT THE DEA DAYTON RESIDENT OFFICE | Case No. 3:24-mj-00587 |

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, Cameron D. Basile, a Special Agent of the Drug Enforcement Administration, United States Department of Justice, being duly sworn, depose as follows:

**INTRODUCTION**

1. I am a Special Agent ("SA") of the Drug Enforcement Administration ("DEA"), assigned to the Dayton Resident Office. I therefore am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 21 U.S.C. § 878. Moreover, I am an "investigative law enforcement officer" within the meaning of 18 U.S.C. § 2510.

2. I have been employed as a law enforcement officer by the DEA since May 2023, and I am currently assigned to the Dayton Resident Office. As a SA with the DEA, I attended multiple trainings at the DEA Training Academy in Quantico, Virginia that included a 17-week Basic Training Academy with various specialized trainings focusing on narcotics identification, surveillance techniques, methods of operation of narcotics traffickers, evidence handling, undercover operations, and current trends and patterns involving the distribution of narcotics, as well as other areas of drug enforcement.

1

3. Through my training and experience, and the experience of other agents involved in this investigation, I am familiar with the way people involved in the illicit distribution of drugs operate. Narcotics traffickers almost always attempt to conceal their identities, the locations at which they reside, where they store controlled substances, and where they store the illegal proceeds derived therefrom. Through training and experience, I am aware that narcotics distributors attempt to conceal the true nature, source, and location of illicit drugs and drug proceeds. Furthermore, I am familiar with the common practice of narcotics traffickers sending illicit drugs and drug proceeds through the United States mail system. As a SA with the DEA, I have personally been involved in many investigations and search warrants where controlled substances had been shipped using private shipping companies such as the United Parcel Service ("UPS").

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. I make this affidavit in support of an application for a search warrant for a brown cardboard box with a UPS shipping label, bearing UPS tracking number ▮▮▮▮▮▮ ▮▮ and addressed to ▮▮▮▮▮▮▮▮▮, OH ▮▮" (Hereinafter "**TARGET PACKAGE**"). The **TARGET PACKAGE** is described more fully in Attachment A, which is incorporated herein by reference.

6. As detailed more fully below, I submit there is probable cause to believe that evidence of a crime as well as contraband, fruits of a crime, or other items illegally possessed in relation to the following offenses exist, and can be found inside the **TARGET PACKAGE,** namely:

> a. Possession with Intent to Distribute Controlled Substances, in violation of

        Title 21, United States Code, § 841; and

    b. Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 846.

## FACTS SUPPORTING PROBABLE CAUSE

7. On Friday, September 20, 2024, a UPS Security Supervisor ("Employee 1") contacted the DEA Dayton Resident Office about the **TARGET PACKAGE**, which UPS employees believed to be suspicious. Employee 1 advised that the **TARGET PACKAGE** was located at its West Carrollton, Ohio distribution facility[1], and it was intended for delivery to a Dayton, Ohio address. The **TARGET PACKAGE** was retained by UPS employees for the possible further investigation into its contents.

8. At approximately 8:15 AM on Friday September 20, 2024, DEA agents arrived at the West Carrolton, Ohio UPS facility to inspect and further investigate the **TARGET PACKAGE**. As part of the investigation, agents met with and interviewed Employee 1. Employee 1 told agents that he was contacted by a UPS Corporate Security Analytics Supervisor ("Employee 2") on September 19, 2024, about the **TARGET PACKAGE**. Employee 2 informed Employee 1 that the **TARGET PACKAGE** was currently located at the West Carrolton, Ohio facility, and the **TARGET PACKAGE** was addressed to a recipient address that had been flagged by Employee 2 as an address associated with a known drug trafficker that had shipped both Marijuana and other controlled substances. Based on the conversation with Employee 2, Employee 1 located the **TARGET PACKAGE** and contacted the DEA Dayton Resident Office.

9. As part of the investigation, DEA agents inspected the outside of the **TARGET PACKAGE** and observed a UPS shipping label affixed to it, indicating a parcel weight of 18

---

[1] The distribution facility is located at 209 South Alex Road, West Carrollton, Ohio 45449, which is located in the Southern District of Ohio.

3

pounds. The label had a UPS tracking number of 1Z 10W 876 03 2514 6310. The sender and recipient information printed on the top of the **TARGET PACKAGE** read:

SENDER: ▮▮▮▮▮▮▮  RECIPIENT: ▮▮▮▮▮▮▮

10. As part of the investigation, agents conducted searches via multiple law enforcement databases and found records for a ▮▮▮▮▮▮▮." A check in the CLEAR database for the recipient information on the **TARGET PACKAGE** shows there is a ▮▮▮▮▮ ▮▮▮▮ associated with the ▮▮▮▮▮▮ address as recently as July 25, 2024. CLEAR is a law enforcement database that is used as a tool by investigators designed to link subjects to a particular address.

11. Furthermore, a criminal records check was performed for a "▮▮▮▮▮▮▮ ▮▮▮▮," and agents discovered that ▮▮▮▮▮▮▮ has an active arrest warrant out of Pembrook, Georgia for a charge of Control, Purchase, Manufacture, or Possess with Intent to Distribute Marijuana, a violation of Georgia Code Section 16-13-30(j)(1), a felony offense that carries a possible prison sentence from one to ten years. Pembrook, Georgia is approximately thirty-five miles from the location where the **TARGET PACKAGE** was shipped.

12. Furthermore, law enforcement databases indicated there is a ▮▮▮▮▮▮ associated with ▮▮▮▮▮▮▮ Savannah, Georgia, the listed sender address.

13. Through my training and experience, and the training and experience of others involved in this investigation, your Affiant knows it to be common for drug traffickers to send illicit drugs through the mail system via various shipping companies. Your Affiant believes this is the case for the shipper of the **TARGET PACKAGE**.

14. Employee 1 reported the **TARGET PACKAGE** was sent from a UPS Store located at

4

108 East York Street, Savannah, Georgia. Through my training and experience, and the training and experience of others involved in this investigation, I know the **TARGET PACKAGE** was sent from Savannah, Georgia, a known High-Intensity Drug Trafficking Area (HIDTA) for illicit drugs.

15. On September 20, 2024, at the request of DEA agents, Ohio State Highway Patrol Officer Justin Valentine and his canine, Conan, responded to the UPS West Carrollton, Ohio facility to conduct a narcotic-detection "free air" check of the **TARGET PACKAGE**. I was present during said check. Conan is a properly trained and certified narcotics-detection canine; however, he is not certified to alert to marijuana or fentanyl. Upon conducting the free air check, K9 Officer Valentine informed agents that Conan did not alert to the presence or odor of narcotics exuding from the **TARGET PACKAGE**. At this time, your Affiant detained the **TARGET PACKAGE** for further investigation.

16. Agents then contacted Dayton Police Department K9 Officer Michael Conrads. K9 Officer Conrads and his canine, Maverick, conducted a narcotic-detection "free air" check of the **TARGET PACKAGE**. I was present during said check. K9 Officer Conrads stated that Maverick is a properly trained and certified narcotics-detection canine and certified to detect Cocaine, Heroin, Methamphetamines, and their derivatives. Additionally, K9 Officer Conrads informed agents that while Maverick is not specifically trained to detect fentanyl, Maverick has previously alerted to the presence or odor of narcotics which have yielded contents of fentanyl and their derivatives. Subsequent to the "free air" check, K9 Officer Conrads stated that Maverick alerted to the presence or odor of narcotics exuding from the **TARGET PACKAGE**.

17. Based on my prior law enforcement training and experience as a SA with the DEA, the notification by Employee 2 to Employee 1 that the recipient address had been internally flagged

5

by UPS for possible drug activity, the **TARGET PACKAGE** getting shipped from a known HIDTA location, the recipient's prior criminal history with a drug charge, and the positive alert of the narcotics-detection canine "Maverick" who is able to detect cocaine, heroin, methamphetamines, and their derivatives, I request a search warrant be issued authorizing the opening of the **TARGET PACKAGE**, more fully described in Attachment A; and, if said items of property or any part thereof, are found in the place(s) or in things described, authority is requested to seize said items of property which may be found.

Further, your affiant sayeth naught.

Respectfully submitted,

Cameron D. Basile, Special Agent
Drug Enforcement Administration

Subscribed and sworn to and before me via telephone, pursuant to Fed. R. Crim. P. 4.1, this 21st day of September, 2024.

Peter B. Silvain, Jr.
United States Magistrate Judge

## ATTACHMENT "A"

Brown Cardboard Box with UPS tracking number  and UPS Shipping Label Affixed with the Following Sender and Recipient (**TARGET PACKAGE**):

*SENDER:*　　　　　　　　　　　　　　　　*RECIPIENT:*

 



7

## ATTACHMENT "B"

All contents of the **TARGET PACKAGE** described in **Attachment A** that relate to violations of Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841 (a)(1), and Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846, and involve individuals unknown to me at this time including:

a. Any types and amounts of controlled substances;

b. all information regarding the identity of the sender and/or recipient of the **TARGET PACKAGE**;

c. any information regarding the payment source for the **TARGET PACKAGE** to include credit card information, payment addresses, or account information.