AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:24-mj-00587 | Date and time warrant executed:<br>9/23/2024 at 0930 | Copy of warrant and inventory left with:<br>Inside of Mail Parcel |

Inventory made in the presence of:
Task Force Officer Jason Barnes

Inventory of the property taken and name(s) of any person(s) seized:

No controlled substances were located within the parcel. No property was seized from parcel. The parcel will be delivered to recipient as originally intended by UPS.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/23/2024

CAMERON BASILE
Digitally signed by CAMERON BASILE
Date: 2024.09.23 09:50:53 -04'00'

*Executing officer's signature*

Cameron Basile, Special Agent, DEA

*Printed name and title*