AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:24-mj-00587
A brown cardboard box with UPS tracking number )
▮▮▮▮▮▮▮▮▮addressed to ▮▮▮▮▮▮▮ )
currently located at the DEA Dayton Resident Office )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Southern _____ District of _____ Ohio _____ *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 4, 2024 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Signatory Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     09/21/24, 8:50pm

City and state:     Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:24-mj-00587 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name(s) of any person(s) seized:

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*


_____
*Printed name and title*

**ATTACHMENT "A"**

Brown Cardboard Box with UPS tracking number ▮▮▮▮▮▮▮▮▮▮ and UPS Shipping Label Affixed with the Following Sender and Recipient (**TARGET PACKAGE**):

*SENDER* ▮▮▮▮▮▮▮



7

**ATTACHMENT "B"**

All contents of the **TARGET PACKAGE** described in **Attachment A** that relate to violations of Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841 (a)(1), and Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846, and involve individuals unknown to me at this time including:

a.   Any types and amounts of controlled substances;

b.   all information regarding the identity of the sender and/or recipient of the **TARGET PACKAGE**;

c.   any information regarding the payment source for the **TARGET PACKAGE** to include credit card information, payment addresses, or account information.

8